# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ALEXANDER BOULTON, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-02304-SHL-cgc |
| | ) |
| MILLENNIUM SEARCH, LLC, | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed May 12, 2023,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Approving FLSA Settlement, (ECF No. 28), filed August 15, 2023, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 15, 2023
Date